FILED
2006 Feb-28 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY LEE TATE, ) | |
| ) | |
|     Petitioner ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00094-UWC-HGD |
| ) | |
| D. B. DREW, WARDEN, ) | |
| ) | |
|     Respondent ) | |

## **O R D E R**

On February 2, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondent.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that, because the motion or petition filed by Tate is a successive motion pursuant to 28 U.S.C. § 2255, and because Tate

has not obtained the necessary certification from the Eleventh Circuit Court of Appeals to be able to file a successive § 2255, it is ORDERED, ADJUDGED and DECREED that the motion is due to be and hereby is DENIED.  Even if the petition is considered as a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 petition, it is ORDERED, ADJUDGED and DECREED that the petition is due to be and hereby is DENIED because petitioner has not shown that § 2255's savings clause is applicable or that the cases relied upon by Tate would be applicable to his case on collateral review.

Done the 28th day of February, 2006.

_____
U.W. Clemon
Chief United States District Judge